UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN JAVIER BANK, | ) |
| Plaintiff, | ) 2:10-CV-02042-PMP-LRL |
| vs. | ) **ORDER** |
| MARIA T. GUZMAN, | ) |
| Defendants. | ) |

    Before the Court for consideration is Plaintiff Steven Bank's Application to Proceed *In Forma Pauperis* and a Motion for Judgment (Doc. #1), filed on November 23, 2010. On December 16, 2010, the Honorable Lawrence R. Leavitt, United States Magistrate Judge entered a Report and Recommendation (Doc. #4) recommending that Plaintiff Bank's Application to Proceed *In Forma Pauperis* and a Motion for Judgment (Doc. #1) should be denied.

    The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leavitt's Report and Recommendation should be Affirmed.

///

///

///

///

**IT IS THEREFORE ORDERED** that Magistrate Judge Leavitt's Report and Recommendation (Doc. #4) is Affirmed and Plaintiff Steven Bank's Application to Proceed *In Forma Pauperis* and a Motion for Judgment (Doc. #1) is **DENIED** and this action is hereby **DISMISSED** with prejudice.

DATED: January 6, 2011.

*Philip M. Pro*
_____
PHILIP M. PRO
United States District Judge